UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: JANSSEN PHARMACEUTICAL RISPERDAL | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Nos: 05cv2243 CDP<br>05CV2245ERW<br>05CV2273DDN<br><br>06cv259 HEA<br>06cv417 CAS<br>06cv420 MLM<br>06CV623 CEJ<br>06cv649 RWS<br>06cv653 SNL<br>06cv723 JCH<br>06cv786 CEJ<br>06cv1006 CDP<br>06cv1088 MLM<br>06cv1089 CAS<br>06cv1171 CEJ |

## **ORDER**

This matter is before the Court on the Motions for Trial Settings. On October 2, 2006, the MDL Panel conditionally transferred these cases, and indicated in that order that these cases are to be remanded to this Court with respect to the claims against defendant Janssen. However, until such time as a final order of remand is issued, the motions for trial settings are premature.

Accordingly,

IT IS HEREBY ORDERED that the motions for trial settings in the above referenced cases are denied, without prejudice to refiling upon the final order of remand.

Dated this 13th day of October, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE